**Order entered August 30, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00109-CR
No. 05-13-00110-CR
No. 05-13-00111-CR

**DAVID LYNN GREGG, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-53040-Q, F12-51712-Q, F11-27717-Q**

## ORDER

The Court **REINSTATES** the appeals.

On August 12, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel Nanette Hendrickson; (3) Ms. Hendrickson's explanation for the delay in filing appellant's brief is her workload; and (4) Ms. Hendrickson requested thirty days from the August 20, 2013 to file appellant's brief.

We **ORDER** appellant to file his brief by **SEPTEMBER 19, 2013**. If appellant's brief is not filed by the date specified, we will order Nanette Hendrickson and the Dallas County Public

Defender's Office removed as counsel and will order the trial court to appoint new counsel to represent appellant in these appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Lena Levario, Presiding Judge, 204th Judicial District Court; Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office; Nanette Hendrickson, Dallas County Public Defender's Office; and the Dallas County District Attorney's Office.

/s/     LANA MYERS
         JUSTICE